UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LaQuan DeVota Harris    LDH

LaQuan DeVota Harris

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Ms Rosemary Vassallo, MR Judge Juan Merchan
MR Greenwell            Ms Siah Harris
Cases alternatives to incarceration program    Ms.Meredith T.
                                          Court officer
100 Centre St Man Personell

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
  ☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4 Amendment All Defendants cycles of Violateng matters perger False testomerts theft Notarasation minipulation Assealt Every amendment was Violated

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, La Quan Devota Henry , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of

      (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of Officer's

Criminal Court Personell .

If the defendant is a corporation:

                       Court

The defendant, Criminal Officer Personell is incorporated under the laws of

the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in Criminale Court.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

LaQuan _____ DeVote _____ Harris
First Name       Middle Initial       Last Name

528 E 142nd St
Street Address

Bronx New York NY       10454
County, City       State       Zip Code

347 902 7386       devola.microsoft@gmail.com
Telephone Number       Email Address (if available)

Page 3

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Judge Juan Merchant

First Name                          Last Name

Judge

Current Job Title (or other identifying information)

100 Center St

Current Work Address (or other address where defendant may be served)

Manhattan          NY

County, City                State          Zip Code

Defendant 2:   Rosemary Vassallo

First Name                          Last Name

People Attorney

Current Job Title (or other identifying information)

100 Center St

Current Work Address (or other address where defendant may be served)

Manhattan          NY

County, City                State          Zip Code

Defendant 3:   Neil Greenwell

First Name                          Last Name

District Attorney Assistant

Current Job Title (or other identifying information)

100 Centre St

Current Work Address (or other address where defendant may be served)

Manhattan          NY

County, City                State          Zip Code

Defendant 4: Sarah Harris

First Name          Last Name

Director

Current Job Title (or other identifying information)

man

Current Work Address (or other address where defendant may be served)

man          NY

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: court rooms   property Desk Basement
100 center st men NY 1st floor

Date(s) of occurrence: year 2022  year 2021  2020  year 2023

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

MR Harris 4th Amendments violated cycle88 Faluse testomonys given by defendants sexualy Assulted MR Harris Assulted by court officer ambushed Dates via 2020 Judge Mr Merchant misconduct MR Harris explated transported to diffrent parts of 100 centre st & abused (uttely clerk Documentatoll Fraud Notirasation Fraud theft of property 2020 DA Asstant MR Greenwell MS Sarah Harris violatioll of every policy the Amendment factors All in All defendants miniplucatioll Ilegale transfors many Property state property belonging to Mr Harris stoleing voucherd confiscated include in 28 thousand + Dollers as Meredith Witness Documentatull theft Also

LaQuan MR.Harris .wow you'l request & compensaton &All & All your Documentaton civil court I will hold for you All the time mR Harris had Notrized Documentation stateing from New York Presnphum Hospital Relise Documentation papers " Stateing " MR LaQuan Devola Harris Has no Psycotic Facters & Does not requir therip mR Harris got the parpers Notirized Defendent violated Amendments

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Misdle Noised mR Harris Grow severel health Issue Factors after Misconduct be transported To Rickers I land & To the hospital Bellvue and St Lutues misconduct Enderd amun System

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Please Issue sapeina to all Defendants MR Harris to be Compensated on All & All of the things proff of Voutwo & Enforsoted belongs Relief Sapeinas Issued as of the six million Dollers theft or aslo MR Harris check Froff Please order Search Warrants

## V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5 26 2023 | Laquan DeVota Harris |
| Dated | Plaintiff's Signature |
| Laquan | D DeVota Harris |
| First Name | Middle Initial     Last Name |
| 628 E 142nd St Bronx Apt #10 | |
| Street Address | |
| Bronx | New York 10454 |
| County, City | State     Zip Code |
| 929 802 7386 | devota.microsoft@gmail |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.